FILED D/F
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 27 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DOLORES MORRIS, EDNA DIXON,
SHEENA BELLINGER, and the GATES PATCHEN
TENANT ASSOCIATION,

-against-

04 Civ. 1913 (ARR)

ORDER

ALPHONSO JACKSON, in his capacity as the
Secretary for the UNITED STATES DEPARTMENT
OF HOUSING & URBAN DEVELOPMENT, and
the UNITED STATES DEPARTMENT OF
HOUSING & URBAN DEVELOPMENT,

Defendants.
----------------------------------------------------------------X

ROSS, United States District Judge

Whereas, on May 24, 2004, the court issued a temporary restraining order staying any action "on the part of the NYC DEPARTMENT OF FINANCE and THE CITY OF NEW YORK" for recording or accepting for th epurpose of recording any instrument under Block Number 1638 and Lot Number 6, Brooklyn, New York ... or for accepting or recording any new mortgage or other encumbrance or any deed or other document memorializing any total or partial sale, assignment, lease, conveyance or transfer in any other mode or form":

Now, upon the consent of plaintiffs, HUD, and the City of New York, the May 24, 2004 Order is hereby modified to permit the recordation of a deed conveying the above-named property to HUD in lieu of foreclosure, together with a deed conveying the property from HUD to the New York City Housing Authority, a deed conveying the property from NYCHA to the Urban Homesteading Assistance Board. Further, any encumbrances related to the sale of the subject property to the Urban Homesteading Assistance Board, or other instruments necessary for

the effectuation of the above transfers of title, may also be recorded nothwithstanding the stay provisions contained in this Court's May 24, 2004 order.

And it is further Ordered that upon the recordation of the above deeds, this action shall be deemed discontinued with prejudice.

Counsel for the plaintiffs shall serve all defendats with a copy of this order by regular mail.

Dated: June 17, 2005
       Brooklyn, N.Y.

    SO ORDERED:

                                                Hon. Allyne R. Ross, U.S.D.J.