UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

DOLORES MORRIS, EDNA DIXON,
SHEENA BELLINGER, and the GATES PATCHEN
TENANT ASSOCIATION,

                    Plaintiffs,

          -against-


ALPHONSO JACKSON, in his capacity as the
Secretary for the UNITED STATES DEPARTMENT
OF HOUSING & URBAN DEVELOPMENT, and
the UNITED STATES DEPARTMENT OF
HOUSING & URBAN DEVELOPMENT;
GATES-PATCHEN HOUSING DEVELOPMENT FUND
CO., INC., the NYC DEP'T OF FINANCE, and
THE CITY OF NEW YORK,

                    Defendants.

----------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★      JUL 13 2005      ★

P.M. _____
TIME A.M _____

Hon. Allyne R. Ross, D.J.

04 Civ. 1913 (ARR)

STIPULATION OF DISMISSAL
WITH PREJUDICE


          IT IS HEREBY STIPULATED AND AGREED between the undersigned parties, by their counsel, that the above captioned action shall be dismissed with prejudice, and all orders previously issued in this action are deemed vacated.



Dated:          July 8, 2005
                Brooklyn, New York


_____
JOHN C. GRAY, ESQ.
SOUTH BROOKLYN LEGAL SERVICES, INC.
EDWARD JOSEPHSON, of Counsel
105 Court Street
Brooklyn, NY 11201
Attorneys for Plaintiffs
(718) 237-5500

_____
CATHERINE M. MIRABILE, ESQ.
U.S. DEPARTMENT OF JUSTICE

One Pierrepont Plaza
Brooklyn, NY 11201
Attorney for Defendants
ALPHONSO JACKSON and HUD

SO ORDERED:

_____ 7/12/05
U.S.D.J.

WARREN SHAW, ESQ.
OFFICE OF THE CORPORATION COUNSEL
OF THE CITY OF NEW YORK
100 Church Street
New York, NY 11201
Attorney for Defendants CITY OF NEW YORK,
AND N.Y.C. DEP'T OF FINANCE